**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **AKBAR HUSSAINI, M.D.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:26-cv-1648** |
| | § | |
| **ASCENSION SETON, SETON FAMILY OF DOCTORS, SETON MEDICAL GROUP, ASCENSION MEDICAL GROUP LLC, ASCENSION MEDICAL, LLC, ASCENSION HEALTH ALLIANCE d/b/a ASCENSION, and ASCENSION TEXAS** | § | |
| | § | |
| **Defendants.** | § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following parties, Ascension Seton, Seton Family of Doctors, Seton Medical Group, Ascension Medical Group LLC, Ascension Health Alliance d/b/a Ascension, and Ascension Texas, through counsel Talley R. Parker:

___ consents to having a United States Magistrate Judge preside over the trial in this case.

X declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

/s/ Talley R. Parker

Talley R. Parker
State Bar Number 24065872
Talley.Parker@jacksonlewis.com
Kelsey R. Sherman
State Bar Number 24121245
Kelsey.Sherman@jacksonlewis.com
Jackson Lewis P.C.
500 N. Akard St., Suite 2500
Dallas, Texas 75201
Phone: (214) 520-2400
Facsimile: (214) 520-2008

**ATTORNEYS FOR DEFENDANTS ASCENSION SETON, SETON FAMILY OF DOCTORS, SETON MEDICAL GROUP, ASCENSION MEDICAL GROUP LLC, ASCENSION HEALTH ALLIANCE d/b/a ASCENSION, and ASCENSION TEXAS**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading was served upon Plaintiff's counsel in this above cause in accordance with the Federal Rules of Civil Procedure on this 6th day of November, 2026.

/s/ Talley R. Parker

Talley R. Parker